# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ROY A. DANIEL

| | | |
|---|---|---|
| Plaintiff | Civil No | 10-0862 (RMU) |
| vs | | |
| ISAAC FULWOOD, JR., Chairman of the United States Parole Commission, et al. | Category | E |
| Defendant | | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on Jun 1, 2010 from Judge Ellen Segal Huvelle to Judge Ricardo M. Urbina by direction of the Calendar Committee

(Randomly Reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case Management Committee

cc: Judge Ellen Segal Huvelle     & Courtroom Deputy
    Judge Ricardo M. Urbina       & Courtroom Deputy
    Liaison, Calendar and Case Management Committee