## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Roy A. Daniel, et al. | ) |
| | ) |
| | ) |
| | ) |
| **Plaintiff(s)** | ) |
| | ) Case No.: 1:10-cv-00862 ESH |
| v. | ) |
| Isaac Fulwood, Jr., et al. | ) |
| | ) |
| | ) |
| **Defendant(s)** | ) |

### AFFIDAVIT OF SERVICE

I, Frederick Parsons, Jr., a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Summons, Notice Of Right To Consent To Trial Before United States Magistrate Judge, Consent To Proceed Before A United States Magistrate Judge For All Purposes, Civil Cover Sheet, Notice Of Designation Of Related Civil Cases Pending In This Or Any Other United States Court, Class Action Complaint and Initial Electronic Case Filing Order

SERVE TO: Patricia K. Cushwa, Commissioner of the United States Parole Commission
SERVICE ADDRESS: United States Parole Commission, 5550 Friendship Boulevard, Suite 420, Chevy Chase, Maryland 20815

DATE SERVED: May 28, 2010   TIME SERVED: 1:35 PM

PERSON SERVED: Rockne Chickinell, General Counsel, authorized to accept.

Described herein:
Gender: Male    Race/Skin: White    Hair: Gray    Age: 48    Height: 5'11"    Weight: 180

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

6·1·10
Executed on:

Frederick Parsons, Jr.
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

AO 440 (Rev. 12/09; DC 03/10)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Roy A. Daniel, et al, On Behalf of Themselves and All Others Similarly Situated, | ) | |
| *Plaintiff* | ) | **Case: 1:10-cv-00862** |
| v. | ) | **Assigned To : Huvelle, Ellen S.** |
| Isaac Fulwood, Jr., Chairman of the United States Parole Commission, et al. | ) | **Assign. Date : 5/25/2010** |
| *Defendant* | ) | **Description: General Civil** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Patricia K. Cushwa, Commissioner of the Unites States Parole Commission
United States Parole Commission
5550 Friendship Boulevard, Suite 420
Chevy Chase, MD 20815

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kenneth J. Pfaehler
Sonnenschein Nath & Rosenthal LLP
1301 K St., NW - Suite 600 East
Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 5/25/10

*Signature of Clerk or Deputy Clerk*