UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Roy A. Daniel, et al.         )
                              )
                              )
                              )
            Plaintiff(s)      )  Case No.: 1:10-cv-00862 ESH
                              )
        v.                    )
                              )
Isaac Fulwood, Jr., et al.    )
                              )
                              )
            Defendant(s)      )

## AFFIDAVIT OF SERVICE

I, Alex Hernandez, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Summons, Notice Of Right To Consent To Trial Before United States Magistrate Judge, Consent To Proceed Before A United States Magistrate Judge For All Purposes, Civil Cover Sheet, Notice Of Designation Of Related Civil Cases Pending In This Or Any Other United States Court, Class Action Complaint and Initial Electronic Case Filing Order

SERVE TO: Eric Holder, Attorney General of the United States
SERVICE ADDRESS: United States Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530

DATE SERVED: May 28, 2010   TIME SERVED: 1:20 PM

PERSON SERVED: Joseph Johnson, Clerk, authorized to accept.

Described herein:
Gender: Male    Race/Skin: Black    Hair: Black    Age: 32    Height: 5'11"    Weight: 180

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

5/28/10
Executed on:                              Alex Hernandez
                                          CAPITOL PROCESS SERVICES, INC.
                                          1827 18th Street, NW
                                          Washington, DC 20009-5526
                                          (202) 667-0050

AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Roy A. Daniel, et al, On Behalf of Themselves and All Others Similarly Situated,<br>　　　　　　　*Plaintiff*<br>v.<br>Isaac Fulwood, Jr., Chairman of the United States Parole Commission, et al.<br>　　　　　　　*Defendant* | Case: 1:10-cv-00862<br>Assigned To : Huvelle, Ellen S.<br>Assign. Date : 5/25/2010<br>Description: General Civil |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
　　　Eric Holder, Attorney General of the United States
　　　United States Department of Justice
　　　950 Pennsylvania Ave., NW
　　　Washington, DC 20530

　　A lawsuit has been filed against you.

　　Within 60 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
　　　　　Kenneth J. Pfaehler
　　　　　Sonnenschein Nath & Rosenthal LLP
　　　　　1301 K St., NW - Suite 600 East
　　　　　Washington, DC 20005

　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 5/25/10

*Signature of Clerk or Deputy Clerk*