**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ROY A. DANIEL<br>Fed. Reg. No.: 09097-007<br>U.S. Penitentiary, Coleman II<br>P.O. Box 1034<br>Coleman, Florida 33521, | ) ) ) ) ) ) ) | |
| ALFONSO TAYLOR<br>Fed. Reg. No.: 11797-007<br>U.S. Penitentiary, Hazelton<br>P.O. Box 2000<br>Bruceton Mills, West Virginia 26525, | ) ) ) ) ) ) ) | Civil Action No. 10-0862 (RMU) |
| HAROLD VENABLE<br>Fed. Reg. No.: 03412-016<br>Federal Correctional Institution, Cumberland<br>P.O. Box 1000<br>Cumberland, Maryland 21501, | ) ) ) ) ) ) ) | |
| PERCY JETER<br>Fed. Reg. No.: 03066-000<br>U.S. Penitentiary, McCreary<br>P.O. Box 3000<br>Pine Knot, Kentucky 42635, | ) ) ) ) ) ) ) | |
| ABDUS-SHAHID ALI<br>Fed. Reg. No.: 03201-000<br>U.S. Penitentiary, Big Sandy<br>P.O. Box 2067<br>Inez, Kentucky 41224, and | ) ) ) ) ) ) ) | |
| WILLIAM TERRY<br>Fed. Reg. No.: 10975-007<br>Federal Correctional Institution Gilmer<br>P.O. Box 6000<br>Glenville, West Virginia 26531, | ) ) ) ) ) ) ) | |
|    On Behalf of Themselves and All<br>   Others Similarly Situated, | ) ) ) | |
|            Plaintiffs, | ) ) ) ) | |

|  |  |
|---|---|
| v. | ) |
|  | ) |
| ISAAC FULWOOD, JR., Chairman of the | ) |
| United States Parole Commission, | ) |
| United States Parole Commission | ) |
| 5550 Friendship Boulevard, Suite 420 | ) |
| Chevy Chase, Maryland 20815, | ) |
|  | ) |
| CRANSTON J. MITCHELL, Commissioner | ) |
| of the United States Parole Commission, | ) |
| United States Parole Commission | ) |
| 5550 Friendship Boulevard, Suite 420 | ) |
| Chevy Chase, Maryland 20815, and | ) |
|  | ) |
| PATRICIA K. CUSHWA, Commissioner of | ) |
| the United States Parole Commission, | ) |
| United States Parole Commission | ) |
| 5550 Friendship Boulevard, Suite 420 | ) |
| Chevy Chase, Maryland 20815, | ) |
|  | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Alan Burch as counsel for Defendants in the above-captioned case.

Dated: July 22, 2010         Respectfully submitted,

  /s/ Alan Burch
ALAN BURCH, D.C. Bar #470655
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 514-7204   Fax: (202) 514-8780
Alan.Burch@usdoj.gov

2