UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROY A. DANIEL, *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>ISAAC FULWOOD, JR., Chairman of the<br>United States Parole Commission, *et al.*,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 10-862 (RMU)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION TO STAY

Defendants, Isaac Fulwood, Jr., Chairman of the United States Parole Commission, Cranston J. Mitchell, Commissioner of the United States Parole Commission, and Patricia K. Cushwa, Commissioner of the United States Parole Commission (together, "Defendants"), hereby provide notice that they are withdrawing their motion to stay (Docket Entry 10). Defendants had moved for a stay of all proceedings in this matter pending the D.C. Circuit's disposition of *Phillips v. Fulwood*, 08-5385. In the alternative, Defendants moved for a 60-day enlargement of time to, and including, Monday, September 27, 2010, to respond to the Complaint in this action, which the Court granted on July 26, 2010.

In light of the D.C. Circuit's issuance of a ruling in *Phillips* today, August 6, 2010, Defendants hereby withdraw their motion to stay. Defendants will respond to the Complaint in this action on or before September 27, 2010.

Date:  August 6, 2010                    Respectfully submitted,

                                         RONALD C. MACHEN JR., D.C. Bar #447889
                                         United States Attorney
                                         for the District of Columbia

2

        RUDOLPH CONTRERAS, D.C. Bar #434122
        Chief, Civil Division

        By:   /s/ Michelle Lo                      .
        MICHELLE LO
        ALAN BURCH, D.C. Bar #470655
        Assistant United States Attorneys
        555 4th Street, N.W.
        Washington, D.C. 20530
        Tel: (202) 616-3517   Fax: (202) 514-8780
        Michelle.Lo2@usdoj.gov
        Alan.Burch@usdoj.gov