AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Roy A. Daniel et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  10-cv-0862 (RMU) |
| Isaac Fulwood et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs

Date:  08/09/2010

Philip Fornaci
*Attorney's signature*

Philip Fornaci 434824
*Printed name and bar number*

Washington Lawyers' Committee for Civil Rights &
Urban Affairs
11 Dupont Circle, NW Suite 400
Washington, DC 20036
*Address*

philip_fornaci@washlaw.org
*E-mail address*

(202) 319-1000
*Telephone number*

(202) 319-1010
*FAX number*