UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROY A. DANIEL, et al.,                )  | |
|                                        )  | |
|     Plaintiffs-Appellants,        )  | |
|                                        )  | |
| v.                                     )  | Civil Action No. 10-862 (RWR) |
|                                        )  | |
| ISAAC FULWOOD, JR., et al.,            )  | |
|                                        )  | |
|     Defendants-Appellees.         )  | |

## NOTICE OF APPEAL

Notice is hereby given that Roy A. Daniel, Alfonso Taylor, Harold Venable, Percy Jeter, Abdus-Shahid Ali and William Terry, the plaintiffs in the above captioned case, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order entered in this action on the 30th day of September, 2011 (Docket No. 27), the Memorandum Opinion Granting the Defendants' Motion to Dismiss entered in this action on the 30th day of September, 2011(Docket No. 28), and the Memorandum Opinion and Order entered in this action on the 27th day of September, 2012 (Docket No. 33).

Dated: October 17, 2012

        /s/ Kenneth J. Pfaehler
Kenneth J. Pfaehler (DC 461718)
SNR DENTON US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005
(202) 408-6468  Telephone
(202) 408-6399  Fax

Phil Fornaci (DC 434824)
WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS & URBAN AFFAIRS
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
(202) 319-1000 Telephone
(202) 319-1010 Fax

*Counsel for Plaintiffs-Appellants Roy A. Daniel, et al.*

- 2 -

## CERTIFICATE OF SERVICE

      The undersigned counsel hereby certifies that on October 17, 2012, the foregoing Notice of Appeal was served, via the electronic filing system of the U.S. District Court for the District of Columbia, upon the following:

      Michelle Lo, Esq.
*Michelle.Lo2@usdoj.gov*

      Alan Burch, Esq.
*Alan.Burch@usdoj.gov*

                           /s/ Kenneth J. Pfaehler
                          Kenneth J. Pfaehler (D.C. Bar No. 461718)

25518937